











☒☒☒ ☒B☒☒ ☒

☒ntial ☒☒ternal ☒h☒ur☒ ☒☒☒t☒gra☒☒☒ ☒ ☒age☒









## ⬚⬚⬚ibit ⬚

⬚h⬚uran⬚e D⬚⬚umentati⬚n ⬚r⬚⬚ing ⬚raud and ⬚⬚n⬚⬚ira⬚⬚
⬚ ⬚age

**GEICO.**
geico.com

## California Evidence of Liability Insurance
### 1-800-841-3000

GEICO GENERAL INSURANCE COMPANY
P.O. Box 509090 • San Diego, CA 92150-9090

NAIC Code: 35882

**Policy Number**
6063-61-80-18

**Effective Date**
05-02-22

**Expiration Date**
11-02-22

**Year**    **Make**    **Model**
2003    HONDA    ACCORD LX

**Vehicle ID No.**
JHMCM56343C076161

**Insured:**
Peter Roland Herrera
1108 Pan Ct
Newbury Park CA 91320-3580

The coverage provided by this policy meets the m
Vehicle Code, minimu



# ⬚⬚⬚ibit ⬚

### ⬚artial ⬚urnal
### ⬚ ⬚age⬚



# How To Use This Post-Accident Journal

*How has your life changed since your accident?*

So much happens after an accident that remembering it all is impossible. What's more, the shock, grief and adrenaline that often occurs following a serious injury can make memories of the event fade or warp over time.

Since insurance claims and lawsuits operate on facts, it is important that even the smallest details surrounding an accident or injury are preserved. This will help build a stronger case for compensation later on, and it will take the stress off of you so that you can focus on healing.

Use this worksheet so that you don't forget any important details from your accident and post-accident recovery. Keep at it every day, and don't give up!

After airbags were deployed, smoke came out and I felt burning sensation in my left arm. I was scared to death that my car was on fire and for my daughter's life.

Enjuris.com
© All rights reserved

Enjuris™  Finding answers
after your accident

# DAILY POST-ACCIDENT JOURNAL

Date: 07/22/22

**How are you feeling today?**
(circle your pain rating)

| 1-2 No pain | 3-4 Mild pain | 5-6 Moderate pain | 7-8 Severe pain | 9-10 Extreme pain |
|---|---|---|---|---|

(9-10 Extreme pain circled)

**Location of the pain:** Left side of my body where I got hit by airbags, including neck, head, ear, shoulder, scapula, ribs, back muscles, hip and thigh.

**Describe your symptoms and how you're feeling**

Excruciating pain in my muscles and ear. Pulsing pain +m in my left side of my head. Exhaustion and helplessness. Dizzy.

**How long did the pain last, or how frequently were you in pain?**

All day, including waking up in the middle of the night due to ear pain and headache.

**What activities caused pain, or what activities did you miss because of your injury?**

Breathing caused pain in my ribs. Any movement was causing pain in my neck, head, shoulder, scapula, back muscles, hip and thigh. I missed driving and activities w/ my children and husband.

**Did you take any medications or treatment?**

Kirkland Ibuprofen IB tablets, 2 × 200 mg, 3 times a day. It just lowered, but didn't release the pain.

**NOTES:** I couldn't sleep due to reliving horror, fear for my daughter's and my life when I got hit (my car).

Enjuris.com
© All rights reserved

Enjuris
Finding answers
after your accident

# MONTHLY POST-ACCIDENT JOURNAL

Month and year: 05/2022

Pain scale: 1-2 No pain | 3-4 Mild | 5-6 Moderate | 7-8 Severe pain | 9-10 Extreme

Days of the month

| Type/location of pain | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Headache/migraine | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Neck | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Back (upper) | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Back (middle) | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Back (lower) | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Collarbone | | | | | | | | | | | | | | | | | | | | | | | | | | 7 | 7 | 7 | 7 | 7 | 7 |
| Shoulder | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | |
| Elbow | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wrist | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hand | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Torso/ribs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tailbone | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Knee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ankle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Foot | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Muscles | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 |
| Numbness | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stiffness | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tingling | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | | | |
| Fatigue | | | | | | | | | | | | | | | | | | | | | | | | | | | 7 | 7 | 6 | 6 | 6 |
| Nausea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruising | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burns | | | | | | | | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| LEFT EAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Enjuris.com
© All rights reserved

Enjuris  Finding answers after your accident

# MONTHLY POST-ACCIDENT JOURNAL

Month and year: 08/2022

Pain scale: 1-2 No pain | 3-4 Mild | 5-6 Moderate | 7-8 Severe pain | 9-10 Extreme

| Type/location of pain | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Head | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | | | | | | | | | | | |
| Headache/migraine | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | | | | | | | | | | | |
| Neck | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | | | | | | | | | | | |
| Back (upper) | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | | | | | | | | | | | |
| Back (middle) | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 1 | | | | | | | | | | | |
| Back (lower) | 6 | 6 | 6 | 5 | 5 | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 1 | | | | | | | | | | | |
| Collarbone | 5 | 5 | 5 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | | | | | | | | | | | |
| Shoulder | 5 | 5 | 5 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | | | | | | | | | | |
| Elbow | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wrist | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hand | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Torso/ribs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tailbone | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Knee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ankle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Foot | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Muscles | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | | | | | | | | | | | |
| Numbness | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stiffness | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tingling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fatigue | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | | | | | | | | | | | |
| Nausea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bruising | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burns | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LEFT EAR | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 3 | 2 | 1 | | | | | | | | | | | |

Enjuris — Finding answers after your accident

Enjuris.com
© All rights reserved

## WEEKLY POST-ACCIDENT JOURNAL

Week of (date): 07/25/2022

| Face icon scale | 1-2 No pain | 3-4 Mild | 5-6 Moderate | 7-8 Severe pain | 9-10 Extreme |
|---|---|---|---|---|---|

| Date and time | Location of pain | Symptoms | Severity 1-10 | Trigger (when you noticed it) | Drug and/or treatments used | Notes |
|---|---|---|---|---|---|---|
| 07/25/22 | LEFT SIDE, EAR | CONSTANT PAIN FATIGUE | 8 | CONSTANT, FROM WAKING UP | ISUPROFEN | STILL WAKING UP IN THE MIDDLE OF THE NIGHT WITH EAR PAIN. |
| 08/01/22 | LEFT SIDE EAR | PAIN, FATIGUE | 6 | CONSTANT | IBURROFEN | LEFT EAR PAIN STILL STRONG. |
| 08/08/22 | LEFT SIDE, EAR | PAIN, FATIGUE | 4 | CONSTANT | NONE | LEFT EAR PAIN IS STILL STRONG |
| 08/15/22 | LEFT SIDE, EAR | PAIN, FATIGUE | 4 | CONSTANT | NONE | LEFT EAR PAIN IS MILD |
| 08/22/22 | LEFT NECK & SHOULDER BLADES | PAIN FATIGUE | 3 | CONSTANT | NONE IBUPROFEN TAB- LETS 2 × 200 MG 5 TIMES A DAY | LEFT EAR PAIN IS GONE |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Enjuris Finding answers after your accident   Enjuris.com   © All rights reserved

# EXHIBIT A

Traffic Crash Report
July 21st, 2022
6 pages

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC CRASH REPORT**
CHP 555 Page 1 (Rev. 3-20) OPI 060

\* INACTIVE \*

Page 1 of 6

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY | | | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|---|---|
| | 1 | | Agoura Hills | | | Van Nuys | 922-04027-2226-471 |
| | NUMBER KILLED | HIT & RUN MISDEMEANOR | COUNTY | | REPORTING DISTRICT | BEAT | DAY OF WEEK / TOW AWAY |
| | 0 | | Los Angeles | | 2226 | 2226T1 | S M T W ⊕ F S  YES  ☒ NO |

**LOCATION**

| | | | |
|---|---|---|---|
| CRASH OCCURRED ON | Thousand Oaks Boulevard | MO. DAY YEAR 07/21/2022 | TIME (2400) 1804 |
| | | NCIC # 1900 | OFFICER ID 517840 |
| MILEPOST INFORMATION | GPS COORDINATES | PHOTOGRAPHS BY: ☐ NONE | |
| FEET/MILES OF | LATITUDE 34.154773   LONGITUDE -118.789204 | Det. Shean, S. #517840 | |
| ☑ AT INTERSECTION WITH Lake Lindero Drive | | STATE HWY REL ☐ YES ☒ NO | |
| OR: FEET/MILES OF | | | |

**PARTY 1**

| DRIVER'S LICENSE NUMBER | STATE Ca | CLASS C | AIR BAG L | SAFETY EQUIP. G | VEH. YEAR 2019 | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE CA |
|---|---|---|---|---|---|---|---|---|

| DRIVER ☒ | NAME (FIRST, MIDDLE, LAST) Dragana Barone | OWNER'S NAME ☒ SAME AS DRIVER  Dragana Barone |
| PEDES-TRIAN ☐ | STREET ADDRESS 5523 Old Salt Lane | OWNER'S ADDRESS ☒ SAME AS DRIVER  5523 Old Salt Lane, Agoura Hills, Ca 91301 |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP Agoura Hills, Ca 91301 | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER  Driven from scene |

| BICY-CLIST ☐ | SEX F | HAIR BLN | EYES BRN | HEIGHT 510 | WEIGHT 135 | BIRTHDATE Mo. Day Year | RACE W | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT ☐ REFER TO NARRATIVE |

| OTHER ☐ | HOME PHONE | BUSINESS PHONE | VEHICLE IDENTIFICATION NUMBER: |
| OPER-ATOR ☐ | IN | | VEHICLE TYPE 07 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☒ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |

| DIR OF TRAVEL N | ON STREET OR HIGHWAY Lake Lindero Drive | LANE 1 | THRU LANES 1 | TOTAL LANES 2 | SPEED LIMIT 25 | CA ___ DOT ___ CAL-T ___ TCP/PSC ___ MC/MX ___ |

**PARTY 2**

| DRIVER'S LICENSE NUMBER | STATE Ca | CLASS C | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR 2020 | MAKE/MODEL/COLOR Toyota / Corolla / Silver | LICENSE NUMBER HYL9902 | STATE OH |
|---|---|---|---|---|---|---|---|---|

| DRIVER ☒ | NAME (FIRST, MIDDLE, LAST) | OWNER'S NAME ☐ SAME AS DRIVER |
| PEDES-TRIAN ☐ | STREET ADDRESS | OWNER'S ADDRESS ☐ SAME AS DRIVER |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☒ DRIVER ☐ OTHER  Driven from scene |

| BICY-CLIST ☐ | SEX M | HAIR BRN | EYES BRN | HEIGHT 510 | WEIGHT 140 | BIRTHDATE Mo. Day Year 08/08/1965 | RACE H | PRIOR MECHANICAL DEFECTS: ☒ NONE APPARENT ☐ REFER TO NARRATIVE |

| OTHER ☐ | HOME PHONE | BUSINESS PHONE | VEHICLE IDENTIFICATION NUMBER: 5YFEPRAE3LP118599 |
| OPER-ATOR ☐ | INSURANCE CARRIER | POLICY NUMBER | VEHICLE TYPE 01 | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☒ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |

| DIR OF TRAVEL E | ON STREET OR HIGHWAY Thousand Oaks Boulevard | LANE LT | THRU LANES 2 | TOTAL LANES 4 | SPEED LIMIT 45 | CA ___ DOT ___ CAL-T ___ TCP/PSC ___ MC/MX ___ |

**PARTY 3**

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE/MODEL/COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|

| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | OWNER'S NAME ☐ SAME AS DRIVER | J.Shahverdian #622690  LARCISO |
| PEDES-TRIAN ☐ | STREET ADDRESS | OWNER'S ADDRESS ☐ SAME AS DRIVER | SECDA'd |
| PARKED VEHICLE ☐ | CITY/STATE/ZIP | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER | / / |

| BICY-CLIST ☐ | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE Mo. Day Year | RACE | PRIOR MECHANICAL DEFECTS: ☐ NONE APPARENT ☐ REFER TO NARRATIVE |

| OTHER ☐ | HOME PHONE | BUSINESS PHONE | VEHICLE IDENTIFICATION NUMBER: |
| OPER-ATOR ☐ | INSURANCE CARRIER | POLICY NUMBER | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK. ☐ NONE ☐ MINOR ☐ MOD. ☐ MAJOR ☐ ROLL-OVER | SHADE IN DAMAGED AREA |

| DIR OF TRAVEL | ON STREET OR HIGHWAY | LANE | THRU LANES | TOTAL LANES | SPEED LIMIT | CA ___ DOT ___ CAL-T ___ TCP/PSC ___ MC/MX ___ |

| PREPARER'S NAME DET SHEAN, S. 517840 | DISPATCH NOTIFIED ☐ YES ☐ NO ☒ N/A | REVIEWER'S NAME DET. SCHALKS. R. #763464 | DATE REVIEWED 08-04-22 |

An Internationally Accredited Agency          Destroy Previous Editions

1

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC CRASH CODING**
CHP 555 Page 2 (Rev. 3-20) OPI 060

Page 2 of 6

| DATE OF CRASH (MO. DAY YEAR) | TIME (2400) | NCIC # | | OFFICER ID | | NUMBER |
|---|---|---|---|---|---|---|
| 07/21/2022 | 1804 | 1900 | | 517840 | | 922-04027-2226-471 |

**PROPERTY DAMAGE** — OWNER'S NAME

OWNER'S ADDRESS

PERSON NOTIFIED — ☐ SAME AS OWNER  TELEPHONE NUMBER

METHOD OF NOTIFICATION (MARK ALL THAT APPLY)
☐ IN PERSON ☐ PHONE ☐ DISPATCH ☐ CHP 422

LOG / INCIDENT NUMBER

DESCRIPTION OF DAMAGE

**SEATING POSITION**
∧
1 TO 9 - STANDARD SEATING POSITION
10 - REAR OCC. TRK, VAN, STATION WAGON, ETC.*
11 - POSITION UNKNOWN*
0 - OTHER*
(grid 1 2 3 / 4 5 6 / 7 8 9 / 10)

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP / SHOULDER HARNESS USED
H - LAP / SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

**SAFETY EQUIPMENT**
**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**MC / BICYCLE - HELMET**
DRIVER     PASSENGER
V - NO       X - NO
W - YES     Y - YES

**AIR BAG**
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED
**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

**INATTENTION CODES**
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

| PRIMARY CRASH FACTOR — LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | VEHICLE AUTOMATION LEVEL | 1 | 2 | 3 | MOVEMENT PRECEDING CRASH |
|---|---|---|---|---|---|---|---|---|---|
| A  CVC SECTION VIOLATED: CITED ☐YES ☐NO  1  21453(a) C.V.C. | A CONTROLS FUNCTIONING | ✓ | ✓ | | A SAE LEVEL - 0 | | | | A STOPPED |
| | B CONTROLS NOT FUNCTIONING* | | | | B SAE LEVEL - 1 | | | | B PROCEEDING STRAIGHT |
| B OTHER IMPROPER DRIVING* | C CONTROLS OBSCURED | | | | C SAE LEVEL - 2 | | | | C RAN OFF ROAD |
| | D NO CONTROLS PRESENT / FACTOR* | | | | D SAE LEVEL - 3 | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | **TYPE OF CRASH** | | | | E SAE LEVEL - 4 | ✓ | ✓ | | E MAKING LEFT TURN |
| D UNKNOWN* | A HEAD - ON | | | | F SAE LEVEL - 5 | | | | F MAKING U TURN |
| | B SIDE SWIPE | | | | G UNKNOWN* | | | | G BACKING |
| | C REAR END | | | | | | | | H SLOWING / STOPPING |
| **WEATHER (MARK 1 TO 2 ITEMS)** | D BROADSIDE ✓ | 1 | 2 | 3 | **VEHICLE AUTOMATION ENGAGED** | | | | I PASSING OTHER VEHICLE |
| ✓ A CLEAR | E HIT OBJECT | ✓ | ✓ | | A NO AUTOMATION | | | | J CHANGING LANES |
| B CLOUDY | F OVERTURNED | | | | B DRIVER ASSISTANCE | | | | K PARKING MANEUVER |
| C RAINING | G VEHICLE / PEDESTRIAN | | | | C PARTIAL AUTOMATION | | | | L ENTERING TRAFFIC |
| D SNOWING | H OTHER*: | | | | D CONDITIONAL AUTOMATION | | | | M OTHER UNSAFE TURNING |
| E FOG / VISIBILITY FT. | **MOTOR VEHICLE INVOLVED WITH** | | | | E HIGH AUTOMATION | | | | N XING INTO OPPOSING LANE |
| F OTHER*: | (MARK 1 TO 2 ITEMS) | | | | F FULL AUTOMATION | | | | O PARKED |
| G WIND | A NONCOLLISION | | | | G UNKNOWN* | | | | P MERGING |
| | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| **LIGHTING** | C OTHER MOTOR VEHICLE ✓ | | | | **OTHER ASSOCIATED FACTOR(S)** | | | | R OTHER*: |
| ✓ A DAYLIGHT | D MOTOR VEHICLE ON OTHER ROADWAY | 1 | 2 | 3 | (MARK 1 TO 2 ITEMS) | | | | S LANE SPLITTING |
| B DARK - DAWN | E PARKED MOTOR VEHICLE | | | | A CVC SECTION VIOLATION: CITED ☐YES ☐NO | 1 | 2 | 3 | **SOBRIETY - DRUG - PHYSICAL** (MARK ALL THAT APPLY) |
| C DARK - STREET LIGHTS | F TRAIN | | | | | | | | |
| D DARK - NO STREET LIGHTS | G BICYCLE | | | | B CVC SECTION VIOLATION: CITED ☐YES ☐NO | ✓ | ✓ | | A HAD NOT BEEN DRINKING |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | H ANIMAL: | | | | | | | | B HBD - UNDER THE INFLUENCE |
| | I FIXED OBJECT: | | | | C CVC SECTION VIOLATION: CITED ☐YES ☐NO | | | | C HBD - NOT UNDER INFLUENCE* |
| **ROADWAY SURFACE** | | | | | | | | | D HBD - IMPAIRMENT UNKNOWN* |
| ✓ A DRY | J OTHER OBJECT: | | | | D | | | | E UNDER DRUG INFLUENCE* |
| B WET | | | | | E VISION OBSCUREMENT: | | | | DRE EXAM. CONDUCTED |
| C SNOWY - ICY | | | | | F INATTENTION*: | | | | STIMULANT |
| D SLIPPERY (MUDDY, OILY, ETC.) | K ADDITIONAL OBJECT(S) STRUCK | | | | G STOP & GO TRAFFIC | | | | HALLUCINOGEN |
| **ROADWAY CONDITION(S)** (MARK 1 TO 2 ITEMS) | **PEDESTRIAN'S ACTIONS** | | | | H ENTERING / LEAVING RAMP | | | | DISSOCIATIVE ANESTHETICS |
| A HOLES, DEEP RUT* | ✓ A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS CRASH | | | | NARCOTIC ANALGESIC |
| B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | INHALANT |
| C OBSTRUCTION ON ROADWAY* | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.: CITED ☐YES ☐NO | | | | CANNABIS |
| D CONSTRUCTION - REPAIR ZONE | | | | | | | | | DEPRESSANT |
| E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | F IMPAIRMENT - PHYSICAL* |
| F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER*: | | | | G IMPAIRMENT NOT KNOWN |
| G OTHER*: | F NOT IN ROAD | ✓ | ✓ | | N NONE APPARENT | | | | H NOT APPLICABLE |
| ✓ H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | I SLEEPY / FATIGUED* |

**SKETCH**


INDICATE NORTH
P2  ?!
THOUSAND OAKS BOULEVARD
LAKE LINDERO DRIVE (vertical)

**MISCELLANEOUS**
AOI #1 (P1 vs P2):
9ft WWCL OF LAKE LINDERO DRIVE
41ft N/SCL OF THOUSAND OAKS BOULEVARD

| SPECIAL INFORMATION | 1 | 2 | 3 |
|---|---|---|---|
| A HAZARDOUS MATERIAL | | | |
| B CELL PHONE HANDHELD IN USE | | | |
| C CELL PHONE HANDSFREE IN USE | | | |
| D CELL PHONE NOT IN USE | ✓ | ✓ | |
| E CELL PHONE USE UNKNOWN | | | |
| F SCHOOL BUS RELATED | | | |

| BIKEWAY FACILITY | 1 | 2 | 3 |
|---|---|---|---|
| A SHARED ROADWAY | ✓ | | |
| B CLASS I - BIKE PATH* | | | |
| C CLASS II - BIKE LANE* | | ✓ | |
| D CLASS III - BIKE ROUTE* | | | |
| E CLASS IV - SEPARATED BIKEWAY* | | | |

An Internationally Accredited Agency

Destroy Previous Editions

2

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
# INJURED / WITNESS / PASSENGERS
CHP 555 Page 3 (Rev. 3-20) OPI 060

Page **3** of **6**

| DATE OF CRASH (MO.  DAY  YEAR) | | | TIME (2400) | NCIC # | | OFFICER ID | | | NUMBER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2022 | | | 1804 | 1900 | | 517840 | | | 922-04027-2226-471 | | | |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) | | | | INJURED WAS ("X" ONE) | | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | DRIVER | PASS. | PED. | BICYCLIST | OTHER | OPER. | | | | | |
| □ # □ | □ | 47 | F | □ | □ | □ | ☑ | ☑ | □ | □ | □ | □ | □ | 1 | 1 | L | G | 0 |

NAME / D.O.B. / ADDRESS ▮▮▮▮▮▮▮▮▮▮

TELEPHONE ▮▮▮▮▮▮

(INJURED ONLY) TRANSPORTED BY:
na

EMS RUN NUMBER
na

TAKEN TO:
na

DESCRIBE INJURIES
COMPLAINT OF PAIN TO RIGHT ARM/REDNESS DUE TO AIRBAG.

□ VICTIM OF VIOLENT CRIME NOTIFIED

| ☑ # 1 | □ | 55 | F | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS ▮▮▮▮▮▮▮

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:

EMS RUN NUMBER

TAKEN TO:

DESCRIBE INJURIES

□ VICTIM OF VIOLENT CRIME NOTIFIED

| □ # | ☑ | 13 | F | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | 1 | 3 | L | G | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
Diana Barone / 08/22/2008 / 5523 Old Salt Lane, Agoura Hills, Ca 91301

TELEPHONE
(805) 410-0901

(INJURED ONLY) TRANSPORTED BY:

EMS RUN NUMBER

TAKEN TO:

DESCRIBE INJURIES

□ VICTIM OF VIOLENT CRIME NOTIFIED

| □ # | □ | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:

EMS RUN NUMBER

TAKEN TO:

DESCRIBE INJURIES

□ VICTIM OF VIOLENT CRIME NOTIFIED

| □ # | □ | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:

EMS RUN NUMBER

TAKEN TO:

DESCRIBE INJURIES

□ VICTIM OF VIOLENT CRIME NOTIFIED

| □ # | □ | | | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS

TELEPHONE

(INJURED ONLY) TRANSPORTED BY:

EMS RUN NUMBER

TAKEN TO:

DESCRIBE INJURIES

□ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | ID NUMBER | MO.  DAY  YEAR | REVIEWER'S NAME | MO.  DAY  YEAR |
|---|---|---|---|---|
| DET SHEAN, S. | 517840 | | | |

*An Internationally Accredited Agency*          Destroy Previous Editions

3

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 065

Page 4 of 6

| DATE OF INCIDENT/OCCURRENCE 7/21/2022 | | TIME (2400) 1804 | NCIC NUMBER 1900 | OFFICER ID NUMBER 517840 | NUMBER 922-04027-2226-471 | |
|---|---|---|---|---|---|---|
| "X" ONE<br>☒ Narrative<br>☐ Supplemental | "X" ONE<br>☒ Collision report<br>☐ Other | | TYPE SUPPLEMENTAL ("X") APPLICABLE<br>☐ BA update<br>☐ Hazardous materials | ☐ Fatal<br>☐ School bus | ☐ Hit and Run update<br>☐ Other: | |
| CITY/COUNTY/JUDICIAL DISTRICT Agoura Hills / Los Angeles / Van Nuys | | | | | REPORTING DISTRICT/BEAT 2226 / 226T1 | CITATION NUMBER N/A |
| LOCATION/SUBJECT Thousand Oaks Boulevard / Lake Lindero Road, Agoura Hills | | | | | STATE HIGHWAY RELATED ☐ Yes    ☒ No | |

1  **NOTIFICATION**
2
3  **I.   FACTS**
4
5        **A.   SCENE**
6             The collision occurred at the intersection of Thousand Oaks Boulevard and Lake
7             Lindero Drive in the City of Agoura Hills.
8
9             **1.   ROADWAY DESCRIPTION**
10                 Thousand Oaks Boulevard is an east/westbound asphalt constructed
11                 roadway with two lanes of travel in each direction. Opposing lanes are
12                 separated by a raised concrete center median. There is a left turn lane for
13                 both directions of travel. The roadway is bordered by standard concrete
14                 curbs and gutters on both sides of the roadway.
15
16                 Lake Lindero Drive is a north/southbound asphalt constructed roadway with
17                 one lane of travel of each direction. Opposing lanes are separated by a
18                 yellow painted double line. There is a right turn lane for both directions of
19                 travel. The roadway is bordered by standard concrete curbs and gutters on
20                 both sides.
21
22             **2.   TRAFFIC CONTROLS**
23                 Tri-phase signal light controlling all directions of travel.
24
25        **B.   MEASUREMENTS**
26
27             **1. AREA OF IMPACT**
28                 AREA OF IMPACT (A.O.I.): All measurements are approximate unless
29                 otherwise indicated and were obtained by Detective Shean (#517840)
30                 utilizing a Rol-a-tape.
31
32                 **AOI #1 (P1 vs P2):**
33                 9' 0" W/WCL of Lake Lindero Drive
34                 41' 0" N/SCL of Thousand Oaks Boulevard
35
36        **C. PHYSICAL EVIDENCE**
37
38             **1. SKID MARKS:** None

| PREPARER'S NAME AND ID NUMBER Det. Shean, S. #517840 | DATE 7/21/2022 | REVIEWER'S NAME | DATE |
|---|---|---|---|

4

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 065

Page 5 of 6

| DATE OF INCIDENT/OCCURRENCE | | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER | |
|---|---|---|---|---|---|---|
| 7/21/2022 | | 1804 | 1900 | 517840 | 922-04027-2226-471 | |
| "X" ONE | "X" ONE | | TYPE SUPPLEMENTAL ("X") APPLICABLE | | | |
| ☒ Narrative | ☒ Collision report | | ☐ BA update | ☐ Fatal | ☐ Hit and Run update | |
| ☐ Supplemental | ☐ Other | | ☐ Hazardous materials | ☐ School bus | ☐ Other: | |
| CITY/COUNTY/JUDICIAL DISTRICT | | | | | REPORTING DISTRICT/BEAT | CITATION NUMBER |
| Agoura Hills / Los Angeles / Van Nuys | | | | | 2226 / 226T1 | N/A |
| LOCATION/SUBJECT | | | | | STATE HIGHWAY RELATED | |
| Thousand Oaks Boulevard / Lake Lindero Road, Agoura Hills | | | | | ☐ Yes   ☒ No | |

1
2            **2. DEBRIS:** Debris from both vehicles at area of collision.
3
4    **II.**     **STATEMENTS**
5
6        **A.**     **PARTIES**
7
8            P1 stated she was traveling northbound on Lake Lindero Drive approaching the
9            intersection of Thousand Oaks Boulevard when she attempted a left turn for
10          westbound travel onto Thousand Oaks Boulevard. P1 said that as she was making
11          her turn, she felt an abrupt crashing coming from the driver side area of her vehicle.
12          P1 stated she stopped her vehicle and saw P2 had collided into the driver side
13          area of her vehicle as P2 attempted a left turn from eastbound Thousand Oaks
14          Boulevard. P1 did not recall what color the light for her direction of travel was when
15          the collision occurred.
16
17          P2 stated he was traveling eastbound on Thousand Oaks Boulevard in the left turn
18          lane on a red light for his direction of travel. P2 said the left turn arrow turned green,
19          so he proceeded to accelerate into the intersection, P2 stated that as he
20          accelerated into his left turn for northbound Lake Lindero Drive, he immediately
21          saw P1 travel in front of him. P2 said he was unable to stop to avoid P1 and collided
22          into the driver side area of her vehicle.
23
24        **B.**     **WITNESSES:**
25          W1 stated she was traveling eastbound on Thousand Oaks Boulevard and stopped
26          for a red light for her direction of travel. W1 said that as she was waiting at the red
27          light, she the left turn arrow for eastbound Thousand Oaks Boulevard turn green.
28          W1 said that she then saw P1 travel at a high rate of speed northbound on Lake
29          Lindero Drive into the intersection on a red light and attempt to make a left turn.
30          W1 stated she lost sight of the P1 vehicle due to other vehicles blocking her view,
31          but then heard a loud crash sound from behind the vehicle blocking her view. W1
32          stated she saw P enter the intersection on a red light for P1's direction of travel
33          prior to hearing the collision.
34
35
36
37
38

| PREPARER'S NAME AND ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| Det. Shean, S. #517840 | 7/21/2022 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev. 7-90) OPI 065

Page 6 of 6

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER ID NUMBER | NUMBER |
|---|---|---|---|---|
| 7/21/2022 | 1804 | 1900 | 517840 | 922-04027-2226-471 |

"X" ONE
☒ Narrative
☐ Supplemental

"X" ONE
☒ Collision report
☐ Other

TYPE SUPPLEMENTAL ("X") APPLICABLE
☐ BA update
☐ Hazardous materials
☐ Fatal
☐ School bus
☐ Hit and Run update
☐ Other:

CITY/COUNTY/JUDICIAL DISTRICT
Agoura Hills / Los Angeles / Van Nuys

REPORTING DISTRICT/BEAT
2226 / 226T1

CITATION NUMBER
N/A

LOCATION/SUBJECT
Thousand Oaks Boulevard / Lake Lindero Road, Agoura Hills

STATE HIGHWAY RELATED
☐ Yes   ☒ No

| | | |
|---|---|---|
| 1 | **III.** | **OPINIONS AND CONCLUSION** |
| 2 | | |
| 3 | **A.** | **SUMMARY** |
| 4 | | P1 was traveling northbound on Lake Lindero Drive when she entered the |
| 5 | | intersection of Thousand Oaks Boulevard on a red light. P2 who was making a |
| 6 | | left turn from eastbound Thousand Oaks Boulevard collided into P1 as she |
| 7 | | attempted to make her left turn. |
| 8 | | |
| 9 | **B.** | **INTOXICATION** None |
| 10 | | |
| 11 | **C.** | **HIT AND RUN** None |
| 12 | | |
| 13 | **D.** | **HAZARDOUS MATERIALS** None |
| 14 | | |
| 15 | **E.** | **ADDITIONAL INFORMATION** None |
| 16 | | |
| 17 | **F.** | **CAUSE** |
| 18 | | The collision was caused P1 due to failing to stop at a red light, violation |
| 19 | | 21453(a) C.V.C. |
| 20 | | |
| 21 | **IV.** | **RECOMMENDATIONS** |
| 22 | | None. |
| 23 | | |

PREPARER'S NAME AND ID NUMBER
Det. Shean  S. #517840

7/21/2022

REVIEWER'S NAME

6

# Exhibit B

Crash Data Retrieval -
Redacted Due to Threat of Retaliation and Witness
Tampering From LACSD
12 pages

**BOSCH**

CDR RETRIEVAL

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| | |
|---|---|
| User Entered VIN | 5N1DL0MN4KC531732 |
| User | ▮▮▮▮ |
| Case Number | 02999 |
| EDR Data Imaging Date | 08/26/2022 |
| Crash Date | 07/21/2022 |
| Filename | 5N1DL0MN4KC531732_ACM02999.CDRX |
| Saved on | Friday, August 26 2022 at 11:20:46 |
| Imaged with CDR version | Crash Data Retrieval Tool 21.5.1 |
| Imaged with Software Licensed to (Company Name) | ▮▮▮▮ |
| Reported with CDR version | Crash Data Retrieval Tool 21.5.1 |
| Reported with Software Licensed to (Company Name) | ▮▮▮▮ |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Event Record 1 |

## Comments

No comments entered.

## Data Limitations

**General Information:**

Data limitations are intended to assist in reading event data that has been imaged from the vehicle's Air bag Control Unit (ACU). Event data should be considered in conjunction with other available physical evidence from the vehicle and scene.

**Airbag Control Unit (ACU)**

- The Air bag Control Unit (ACU) can store two types of events: Non-Deployment Events and Deployment.
    - A Non-Deployment Event is a crash or other physical occurrence which causes the ACU algorithm to be activated, but in which deployment thresholds are not reached.
    - A Deployment Event is a crash or other physical occurrence which causes ACU deployment thresholds to be reached or exceeded. Depending on the vehicle model, one or more of the following may be activated during a Deployment Event: front air bags, seat-mounted side airbags, roof-mounted or door-mounted curtain air bags, pretensioners, or pop-up roll bars.

- The ACU can record up to two events. If additional events occur subsequently, the older of the two events already recorded (i.e. the one which occurred first) is overwritten.
    - A Non-Deployment Event can be overwritten by another Non-Deployment event, or by a Deployment Event.
    - A Deployment Event has higher priority than a Non-Deployment Event, and cannot be interrupted or overwritten by another event.
    - The data pertaining to a Deployment Event is locked after being recorded. However, a second event can still be recorded subsequently in the portion of the event memory which is not locked.

- Event data includes both pre-crash data and crash data.
    - If the power supply to the ACU is lost during an event, all or part of the event data may not be recorded.
    - In addition to the recording of event data, the ACU has the ability to perform diagnostics and record Diagnostic Trouble Codes (DTCs).

**Data Element Sign Convention:**

The following table provides an explanation of the sign convention for data elements in the CDR report.

| Data Element Name | Positive Sign Notation Indicates |
|---|---|
| Longitudinal Acceleration | Forward |
| Delta-V, Longitudinal | Forward |
| Maximum Delta-V, Longitudinal | Forward |
| Lateral Acceleration | Left to Right |
| Delta-V, Lateral | Left to Right |
| Maximum Delta-V, Lateral | Left to Right |
| Vehicle Roll Angle | Left to Right Rotation |
| Steering Input | Left Turn |

- "Life Time Counter (sec)" indicates the elapsed time, in seconds , from the vehicle's first ignition activation until the start of the first recorded event. The counter is incremented whenever the vehicle's ignition is on. The counter is reset to 0 if the ACU is replaced.

1

**BOSCH**

CDR RETRIEVAL

*CRASH DATA*

- "Complete File Recorded" indicates whether a complete EDR data set has been stored after the event. "Yes" indicates that a complete data set has been recorded. "No" indicates that only a portion of the data set has been recorded, for example due to the power to the ACU being lost during the event.
- "Multi-Event, Number of Events (1, 2)" indicates the number of events which are stored during a given ignition cycle. A Multi-Event occurs whenever the time between Event 2 trigger threshold and Event 1 trigger threshold is less than or equal to 5 seconds during the same ignition cycle, and "2" will be recorded in this case. Otherwise, "1" will be recorded.
- "Air Bag Warning Lamp (On, Off)" indicates whether the ACU was in trouble mode or in normal operation mode at the time of the event. "On" indicates that the air bag warning lamp was illuminated at the time of the event, and the ACU was in trouble mode. "Off" indicates that the air bag warning lamp was not illuminated at the time of the event, and the ACU was in normal operation mode.
- "Frontal Air Bag Suppression Switch Status" indicates whether front passenger air bag deployment was suppressed at the time of the event. "On" indicates that the front passenger air bag was suppressed at the time of the event (deployment inhibited). "Off" indicates that the front passenger air bag was not suppressed at the time of the event (deployment enabled). This data will not be available for all vehicles.
- "Delta-V, Longitudinal" indicates the cumulative change in velocity along the longitudinal direction.
- "Acceleration, Longitudinal" indicates the rate of change of velocity with time along the longitudinal direction.
- "Delta-V, Lateral" indicates the cumulative change in velocity along the lateral direction.
- "Acceleration, Lateral" indicates the rate of change of velocity with time along the lateral direction.
- "Engine Throttle, % full" indicates the position of the accelerator pedal as a percentage of the fully depressed position.
- "Service Brake (On, Off)" indicates whether the service brake is activated ("On") or not activated ("Off").
- "Steering Input (deg)" indicates the angular displacement of the steering wheel measured in degrees. -250 deg indicates a 250 degree turn to the right of the steering wheel, 0 deg indicates the straight-ahead steering wheel position, and 250 deg indicates a 250 degree turn to the left of the steering wheel.
- The notation "CLP" indicates that the measurement captured by a sensor exceeded the design range of the sensor.
- "Seat Track Position Switch, Foremost, Status, Driver (Yes/No)" indicates whether the driver's seat is positioned within a designated threshold value of the most forward adjustment position. "Yes" indicates that the driver's seat is positioned within a designated threshold value of the most forward adjustment position. For all other adjustment positions, "No" is displayed. This data will not be available if the seat track position switch is not installed in the vehicle.
- "Occupant Size Classification, Right Front Passenger, Child (Yes/No)" indicates whether or not the right front passenger is classified as a child (as defined in 49 CFR part 572, subpart N or smaller). This data will not be available for all vehicles.
- "e-pedal ON/OFF Status" indicates whether "e-pedal" is activated (ON), or not activated (OFF). This data will not be available for all vehicles.
- "ABS Warning lamp, on/off" indicates whether "Anti-lock Brake System" was in trouble mode or in normal operation mode at the time of the event. This data will not be available for all vehicles.
- "AEB/FCW switch status ON/OFF (from ADAS)" indicates whether the switch of "Automatic Emergency Braking or Forward Collision Warning controlled by ADAS unit" was ON, or OFF at the time of the event. This data will not be available for all vehicles.
- "AEB Warning lamp (from ADAS)" indicates whether "Automatic Emergency Braking controlled by ADAS unit" was in trouble mode or in normal operation mode at the time of the event. This data will not be available for all vehicles.
- "ABS regulation status" indicates whether "Anti-lock Brake System" was activated (ABS in regulation), or not activated (no ABS regulation). This data will not be available for all vehicles.
- "VDC switch status ON/OFF" indicates whether the switch of "Vehicle Dynamic Control" in ON, or OFF. This data will not be available for all vehicles.
- "VDC status/warning" indicates whether "Vehicle Dynamic Control" was in normal operation mode and not activated (No failure and no control), in trouble mode and not activated (Failure), or in normal mode and activated (In active control). This data will not be available for all vehicles.
- "Adaptive Cruise Control status" indicates whether "Intelligent Cruise Control status" was activated (ACC activated), waiting (ACC waiting), suspended (ACC suspended), or not activated (No display request). This data will not be available for all vehicles.
- "AEB operating capability" indicates whether "Automatic Emergency Braking" was in trouble mode (Imposs ble to execute request) or in normal operation mode (Braking fully operational). This data will not be available for all vehicles.
- "AEB Brake request (from ADAS)" indicates whether "Automatic Emergency Braking controlled by ADAS unit" was activated (Brake Torque AEB Maximum), or not activated (No Brake Request). This data will not be available for all vehicles.
- "VIN retrieval from other ECU " indicates VIN data retrieval from other ECU when CDR connect to vehicle by using OBD system if available.
- "VIN retrieval from ACU " indicates VIN data retrieval from ACU. It will not be available for all vehicles.
- "Motor RPM" indicates RPM of motor used for vehicle drive on electric or hybr id vehicles. In case of ICE vehicles, this indicates input shaft revolution that is input to Gearbox. This data will not be available for all vehicles.
- "Motor RPM2" indicates RPM of motor used for vehicle drive on electric vehicles. This data will not be available for all vehicles.

**Hexadecimal Data:**
All data that has been specified for retrieval is shown in the Hexadecimal Data section of this report. However, the Hexadecimal Data section may contain data that is not translated by the CDR tool.

**Data Sources:**
- Crash data is measured internally in the ACU.
- Pre-crash data is not measured internally in the ACU, but is transmitted from other control units through the Controller Area Network (CAN).
- Pre-crash data and crash data are asynchronous.

0701_Nissan001_r010

2



## DTCs at Time of Retrieval

| DTC | Status | Description |
|-----|--------|-------------|
| B1422 | Current | SIDE COLLISION DETECTION |
| B1430 | Current | FRONT PRE-TEN LH CIRCUIT [OPEN] |
| B0020 | Current | SIDE AIRBAG MODULE LH CIRCUIT [GND-SHORT] |
| B0021 | Current | CURTAIN AIRBAG MODULE LH CIRCUIT [OPEN] |
| B1432 | Current | FRONT PRE-TEN2 LH CIRCUIT [OPEN] |
| B0093 | Current | DOOR SATELLITE SENSOR LH [DISCONNECT] |
| B1422 | Past | SIDE COLLISION DETECTION |
| U1000 | Trouble Diag. Record | (CAN COMMUNICATION FAILER) |

3

## System Status at Event (Event Record 1)

| | |
|---|---|
| Life Time Counter (sec) | 5044403 |
| Complete File Recorded (Yes/No) | Yes (Complete) |
| Ignition Cycle, Crash | 6874 |
| Ignition Cycle, Download | 6889 |
| Multi-Event, Number of Events (1, 2) | 1 |
| Time from Event 1 to 2 (sec) | N/A |
| Safety Belt Status, Driver | On (Fastened) |
| Safety Belt Status, Right Front Passenger | On (Fastened) |
| Frontal Air Bag Warning Lamp (On, Off) | Off |
| Frontal Air Bag Suppression Switch Status | Off (AS airbag deploy) |
| Maximum Delta-V, Longitudinal (MPH [km/h]) | -4 [-7] |
| Time, Maximum Delta-V, Longitudinal (msec) | 300 |
| Maximum Delta-V, Lateral (MPH [km/h]) | 5 [ 8] |
| Time, Maximum Delta-V, Lateral (msec) | 100 |
| Maximum Acceleration, Longitudinal (g) | -4.5 |
| Time, Maximum Acceleration, Longitudinal (msec) | 60 |
| Maximum Acceleration, Lateral (g) | 8 |
| Time, Maximum Acceleration, Lateral (msec) | 55 |
| Seat Track Position Switch, Foremost, Status, Driver (Yes/No) | N/A |
| Occupant Size Classification, Right Front Passenger, Child (Yes/No) | No |

## Deployment Command Data (Event Record 1)

| | |
|---|---|
| Frontal Air Bag Deployment, Time to Deploy/First Stage, Driver (msec) | N/A |
| Frontal Air Bag Deployment, Time to Deploy/First Stage, Passenger (msec) | N/A |
| Frontal Air Bag Deployment, Time to 2nd Stage, Driver (msec) | N/A |
| Frontal Air Bag Deployment, Time to 2nd Stage, Right Front Passenger (msec) | N/A |
| Side Air Bag Deployment, Time to Deploy, Driver (msec) | 46 |
| Side Air Bag Deployment, Time to Deploy, Right Front Passenger (msec) | N/A |
| Side Curtain/Tube Air Bag Deployment, Time to Deploy, Driver Side (msec) | 46 |
| Side Curtain/Tube Air Bag Deployment, Time to Deploy, Right Side (msec) | N/A |
| Pretensioner Deployment, Time to Fire, Driver (msec) | 46 |
| Pretensioner Deployment, Time to Fire, Right Front Passenger (msec) | N/A |

4



## Pre-Crash Data -5 to 0 sec [2 samples/sec] (Event Record 1)
(the most recent sampled values are recorded prior to the event)

| Time Stamp (sec) | Speed, Vehicle Indicated (MPH [km/h]) | Accelerator Pedal, % full | Engine RPM | Motor RPM | Service Brake (On, Off) | Steering Input (deg) |
|---|---|---|---|---|---|---|
| -5.0 | 28 [ 45] | 0 | 950 | 1550 | Off (Brake Not Activated) | -16 |
| -4.5 | 29 [ 46] | 0 | 1100 | 1600 | Off (Brake Not Activated) | -10 |
| -4.0 | 29 [ 46] | 0 | 1100 | 1600 | Off (Brake Not Activated) | -8 |
| -3.5 | 29 [ 46] | 0 | 1000 | 1550 | Off (Brake Not Activated) | -6 |
| -3.0 | 29 [ 46] | 0 | 1000 | 1550 | On (Brake Activated) | 0 |
| -2.5 | 28 [ 45] | 0 | 950 | 1550 | On (Brake Activated) | 16 |
| -2.0 | 26 [ 42] | 0 | 900 | 1500 | On (Brake Activated) | 46 |
| -1.5 | 24 [ 38] | 0 | 900 | 1450 | On (Brake Activated) | 110 |
| -1.0 | 22 [ 36] | 0 | 900 | 1450 | On (Brake Activated) | 144 |
| -0.5 | 21 [ 34] | 0 | 950 | 1450 | On (Brake Activated) | 118 |
| 0.0 | 20 [ 32] | 0 | 1050 | 1350 | On (Brake Activated) | 66 |

5

BOSCH

CDR RETRIEVAL



### Longitudinal Delta V (Event Record 1)

| Time (msec) | MPH [km/h] |
|---|---|
| 0 | 0 [ 0] |
| 10 | 0 [ 0] |
| 20 | 0 [ 0] |
| 30 | -1 [-1] |
| 40 | -1 [-1] |
| 50 | -1 [-1] |
| 60 | -1 [-2] |
| 70 | -1 [-2] |
| 80 | -2 [-3] |
| 90 | -2 [-3] |
| 100 | -2 [-4] |
| 110 | -2 [-4] |
| 120 | -2 [-4] |
| 130 | -2 [-4] |
| 140 | -2 [-4] |
| 150 | -2 [-4] |
| 160 | -2 [-4] |
| 170 | -3 [-5] |
| 180 | -3 [-5] |
| 190 | -3 [-5] |
| 200 | -3 [-5] |
| 210 | -3 [-5] |
| 220 | -4 [-6] |
| 230 | -4 [-6] |
| 240 | -4 [-6] |
| 250 | -4 [-6] |

6



### Lateral Delta V (Event Record 1)

| Time (msec) | MPH [km/h] |
|---|---|
| 0 | 0 [ 0] |
| 10 | 0 [ 0] |
| 20 | 1 [ 1] |
| 30 | 1 [ 2] |
| 40 | 2 [ 3] |
| 50 | 2 [ 4] |
| 60 | 3 [ 5] |
| 70 | 4 [ 6] |
| 80 | 4 [ 7] |
| 90 | 5 [ 8] |
| 100 | 5 [ 8] |
| 110 | 5 [ 8] |
| 120 | 5 [ 8] |
| 130 | 5 [ 8] |
| 140 | 5 [ 8] |
| 150 | 5 [ 8] |
| 160 | 4 [ 7] |
| 170 | 4 [ 7] |
| 180 | 4 [ 7] |
| 190 | 4 [ 7] |
| 200 | 4 [ 7] |
| 210 | 4 [ 7] |
| 220 | 4 [ 7] |
| 230 | 4 [ 7] |
| 240 | 4 [ 7] |
| 250 | 4 [ 7] |

7

**BOSCH**

CDR RETRIEVAL



## Longitudinal Acceleration (Event Record 1)

| Time (msec) | g |
|---|---|
| 0 | -1 |
| 10 | -.5 |
| 20 | -.5 |
| 30 | -.5 |
| 40 | -1 |
| 50 | -.5 |
| 60 | -2 |
| 70 | -1.5 |
| 80 | -1.5 |
| 90 | -1 |
| 100 | -1 |
| 110 | -.5 |
| 120 | 0 |
| 130 | -.5 |
| 140 | -.5 |
| 150 | -.5 |
| 160 | -.5 |
| 170 | -.5 |
| 180 | -.5 |
| 190 | -.5 |
| 200 | -.5 |
| 210 | -.5 |
| 220 | -.5 |
| 230 | -.5 |
| 240 | -.5 |
| 250 | -.5 |

8



### Lateral Acceleration (Event Record 1)

| Time (msec) | g |
|---|---|
| 0 | 1.5 |
| 10 | 1 |
| 20 | 1.5 |
| 30 | 2.5 |
| 40 | 3.5 |
| 50 | 3 |
| 60 | 3.5 |
| 70 | 3.5 |
| 80 | 3 |
| 90 | 2 |
| 100 | .5 |
| 110 | 0 |
| 120 | 0 |
| 130 | 0 |
| 140 | -.5 |
| 150 | -.5 |
| 160 | -1 |
| 170 | -1 |
| 180 | -.5 |
| 190 | 0 |
| 200 | 0 |
| 210 | 0 |
| 220 | -.5 |
| 230 | -.5 |
| 240 | -.5 |
| 250 | 0 |

9

**BOSCH**

CDR RETRIEVAL
CRASH DATA

## Hexadecimal Data

```
61 01 00 02 00 94 22 00 94 30 13 80 20 11 80 21 13 94 32 13 80 93 88 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 14 00 02 88 A0 03 00

61 02 D0 00 01 00 00 01 14 00 00 06 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

61 03 94 22 00 00 00 01 10 00 00 00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00

61 04 00 00 01 C3 00 00 14 00 00 00 00 00 00

61 06 FF FF 38 FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF 2E 2E FF FF FF FF FF FF FF 16 28
FF FF FF FF FF FF FF 16 28 10 2E FF FF FF FF FF FF 2E 2E 00 00 00 00 00 00 00 00 00 00 00
00 00 FF FF FF FF FF FF 29 36 00 00 00 FF FF FF 00 00 FF FF FF FF 35 06 FF 04 28 17 00 15 06 00
FF FF 8A 7F 8C 8C 55 55 55 55 55 00 00 00

61 19 00 00 80 00 00 00 80 00 00 00 80 00 00 00 40 00 00 00 40 00 00 00 40 00 00 00 80 00 00
00 80 00 00 19 00 00 00 05 00 00 FF FF CC CD 00 00 40 00 00 00 40 00 00 19 00 00

61 1A 00 00 00 FF FF FF FE FE FD FD FC FC FC FC FC FC FC FC FB FB FB FB FB FA FA FA FA F9 78 00
2D 00 2E 00 2E 00 2E 00 2E 00 2D 00 2A 00 26 00 24 00 22 00 20 00 00 00 00 00 00 00 00 00 00
00 00 00 00 00 00 00 00 00 00 00 00 00 01 01 01 00 00 00 00 00 00 00 00 00 1A DA 1A E9 00 01 00 00
01 FF 00 00 01 00 00 2E 00 2E 00 2E 00 03 02 03 05 07 06 07 07 06 04 01 00 00 00 FF FF FE FE
FF 00 00 00 FF FF FF 00

61 1B FE FF FF FF FC FD FD FE FE FF 00 FF FF FF FF FF FF FF FF FF FF FF 00 00 01
02 03 04 05 06 07 08 08 08 08 08 08 08 07 07 07 07 07 07 07 07 07 07 08 28 00 13 00 16 00 16
00 14 00 14 00 13 00 12 00 12 00 12 00 13 00 15

61 1C 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F 00 08 00 05 00 04 00 03 00 00 FF F8 FF E9 FF C9 FF B8 FF C5 FF DF F7 18 10 16 00 1F 00 20
20 20 00 1F 00 1F 00 1F 00 1E 00 1D 00 1D 00 1B 01 FF 01 FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF 00 4C F8 B3

61 1D 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F 7F 7F 7F 7F 7F 7F 7F

61 1E 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF

61 1F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F 7F
7F FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF FF
FF FF FF FF FF FF FF FF FF FF FF FF FF

61 83 39 4E 47 34 41 08 31 52 30 00 00 00 00 00 00 00 00 00 00 00 00 31 20 20 83

0x04001E40 07 FF FF FF
```

10

**BOSCH**

CDR RETRIEVAL
CRASH DATA

```
0x04001FCC  FF  FF  FF  FF
0x04001EA2  00  00
0x04001EA6  00  00
0x04001EA4  00  00
0x04001EA8  00  00
0x04001EB8  00  5B
0x04001EB6  00  00
0x04001EC0  00  5B
0x04001EBE  00  00
0x04001EAC  00  5B
0x04001EAA  00  00
0x0400202E  FF  FF
0x04002032  FF  FF
0x04002030  FF  FF
0x04002034  FF  FF
0x04002044  FF  FF
0x04002042  FF  FF
0x0400204C  FF  FF
0x0400204A  FF  FF
0x04002038  FF  FF
0x04002036  FF  FF
0x04001E3C  00  03  80  5A
0x04001FC8  FF  FF  FF  FF
59  02  09  94  22  00  09  94  30  13  09  80  20  11  09  80  21  13  09  94  32  13  09  80  93  88  09
59  02  09  94  22  00  08
59  0F  08  D0  00  01  08
```

11

## Disclaimer of Liability

The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

12