Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| DRAGANA BARONE AND D.B.<br>via guardian ad litem CHRISTOPHER T. BARONE<br>*Plaintiff(s)*<br>v.<br>LOS ANGLES COUNTY SHERIFF'S DEPARTMENT, ALEX VILLINUEVA, DEPUTY DET. SCOTT W. SHEAN #517840 and DEPUTY DET. ROGER SCHALKZ #463456; GEICO INSURANCE COMPANY, MERCURY GENERAL CORP.; PETER BENAVIDES; PETER CHARLES. HERRERA, LISA ELLYN FRIEDMAN; AND DOES 1-10<br>*Defendant(s)* | Civil Action No. 2:22-CV-07440-MWF-PDx<br>1. MOTOR VEHICLE<br>2. NEGLIGENCE PER SE<br>3. INTENTIONAL TORT<br>4. FILING FALSE CLAIM - § 3729<br>5. MUNICIPAL LIABILITY<br>   (Monell Liability) FOR FAILURE TO TRAIN AND DISCIPLINE DEPUTIES/OFFICERS<br>6. CONSPIRACY<br>JURY TRIAL DEMANDED |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roger Schalkz
27050 Agoura Rd.
Calabasas, CA 91301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher T. Barone *guardian ad litem*
for D.B.
5523 Old Salt Ln.
Agoura Hills, CA 91301
(818) 661-9721

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  OCT 12 2022

*Signature of Clerk or Deputy Clerk*

1260

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                           _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*


                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: