Case 2:22-cv-07440-SSS-PD   Document 9   Filed 10/10/22   Page 1 of 3   Page ID #:139

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

1  CHRISTOPHER T. BARONE
2  5523 OLD SALT LN
   AGOURA HILLS, CA 91301
3  (818) 661-9721
4  THECTB@YAHOO.COM
   PLAINTIFF D.B. by and through
5  her guardian ad litem CHRISTOPHER T. BARONE

6

7  **UNITED STATES DISTRICT COURT**
8  **WESTERN DISTRICT OF CALIFORNIA**

9

10

11  **2:22-CV-07440-MWF-PDx**

| | |
|---|---|
| 12  DRAGANA BARONE AND D.B. via guardian ad Litem | Case No.: |
| 13  CHRISTOPHER T. BARONE, | PETITION FOR GUARDIAN AD LITEM; AND ORDER |
| 14  Plaintiffs, | |
| 15  vs. | Fed. R. Civ. P. 17 (c)(1)(2) |
| 16 | |
| 17  LOS ANGLES COUNTY SHERIFF'S DEPARTMENT, ALEX VILLINUEVA, DEPUTY DET. SCOTT W. SHEAN #517840 and DEPUTY DET. ROGER SCHALKZ #463456; GEICO INSURANCE COMPANY, MERCURY GENERAL CORP.; PETER BENAVIDES; PETER CHARLES. HERRERA, LISA ELLYN FRIEDMAN; AND DOES 1-10 | |
| 20  Defendants | |

21

22      PETITIONER D.B. by and through her Father Christopher T.
23  Barone respectfully presents:
24      1. Petitioner is a minor.
25      2. Petitioner is the daughter of Christopher T. Barone.  Mr. Barone
26         and Plaintiff Dragana Barone have been married for over 23 years
27         and D.B. is their Daughter and all three live together in the same
28         home and have never been separated or divorced or ever sought to
           be.

3. The minor has a cause of action against the above-named defendants on which a suit should be brought in this court. The cause of action arises under the provisions listed on the complaint.

4. The petitioner D.B. is the Daughter of Christopher T. Barone.

5. Mr. Barone is willing to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioners are a family living together, with and in a home located at 5523 Old Salt Ln., Agoura Hills, CA 91301.

WHEREFORE, petitioners D.B. and Dragana Barone pray that Christopher T. Barone or some other proper person can be appointed as guardian ad litem for D.B. to prosecute the described cause of actions filed in the complaint on behalf of D.B.

Respectfully submitted,

DATE: October 10th, 2022

*Christopher T. Barone*
Christopher T. Barone
          and

*Dragana Barone*
Dragana Barone

-2-

**VERIFICATION**

I, Christopher T. Barone, am the Father of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: October 10th, 2022

_____
Christopher T. Barone

**CONSENT OF APPOINTMENT**

I hereby consent to act as guardian ad litem for the minor D.B.

_____
Christopher T. Barone

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of D.B for the appointment of Christopher T. Barone as guardian ad litem for D.B. who is a minor and good cause appearing therefore.

IT IS HEREEBY ORDERED that Christopher T. Barone be, and he is, hereby appointed as guardian ad litem for D.B., a plaintiff in the above- entitled action, and he is authorized to institute and prosecute the action mentioned in the petition.

DATE:     10/10/2022          /s/ Patricia Donahue
                              United States Magistrate Judge