F I L E D
CLERK, U.S. DISTRICT COURT

OCT 10 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

CHRISTOPHER T. BARONE
5523 Old Salt Ln.
Agoura Hills, CA 91301
(818) 661-9721
thectb@yahoo.com

Christopher T. Barone, Self-Represented

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRAGANA BARONE AND DIANA BARONE<br>Plaintiff(s),<br><br>vs.<br><br>LOS ANGLES COUNTY SHERIFF'S DEPARTMENT, ALEX VILLINUEVA, DEPUTY DET. SCOTT W. SHEAN #517840 and DEPUTY DET. ROGER SCHALKZ #463456; BERKSHIRE HATHAWAY INC.; BERKSHIRE HATHAWAY AUTOMOTIVE; GEICO, PETER BENAVIDES; PETER CHARLES HERRERA; LISA FRIEDMAN; AND DOES 1-10<br>Defendant(s). | Case No.:<br><br>**DECLARATION OF AMIR SWEISS DATE:  SEPT. 29th, 2022:** |

1.      I, AMIR SWEISS, declare that I am a lawful resident of the State of California, that I have personal knowledge of the following facts, and that I can competently testify to them if necessary.  I own Silver Star Liquor located at 30651 Thousand Oaks Blvd # A, Agoura Hills, CA 91301.  This is on the Northeast corner of Thousand Oaks Blvd. and Lake Lindero Dr. in Agoura Hills, CA 91301.

2.      On or around July 21, 2022, at 6:00 p.m., I was working at Silver Star Liquor and witnessed a white SUV traveling northbound on Lake Lindero Dr. and making a left turn heading westbound on Thousand Oaks Blvd when I saw a car stopped in the left turn lane abruptly accelerate and strike the white SUV broadside. Not only did I see the collision, but I also heard it and it was startling and loud. I was surprised at what I had seen. At my store on the corner of

- 1 -
DECLARATION OF AMIR SWEISS

store on the corner of Thousand Oaks Boulevard and Lake Lindero Drive, I have witnessed
several accidents but this one was very odd.

3.    I clearly observed the White SUV enter the intersection while the light was yellow,
and I watched it through the intersection while the light was still yellow. The White SUV was
traveling at a normal speed or even below the speed limit and was turning left or westbound to the
lane closest to the median, which is the proper lane and requires a slower turn because of the
sharper angle. By doing this it allows opposite side traffic turning right also westbound to turn
into the lane closest to them. All the sudden the sedan abruptly accelerated and crashed into the
SUV. The SUV pulled over safely and seemingly close where it was hit by the sedan.

4.    As the owner of Silver Star Liquor, I was the only person working at the time of
the collision; I was not able to give a statement on the scene at the time of the collision.

5.    I declare under penalty of perjury under the laws of the State of California that the
information I have provided and attached (2 Pages) to this declaration are true and correct.


September 29th, 2022

                                          Amir Sweiss
                                          Eyewitness

- 2 -
DECLARATION OF AMIR SWEISS



