# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Dragana Barone et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-07440 MWF(PDx) |
| v. | |
| Los Angeles County Sheriffs Department et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

| October 17, 2022 | Sunshine Suzanne Sykes |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| Date | United States District Judge |
|---|---|

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:21-cv-04200 SSS(PD)    and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____NA____ to Magistrate Judge ____NA____.

On all documents subsequently filed in this case, please substitute the initials ____SSS____ after the case number in place of the initials of the prior judge, so that the case number will read ____2:22-cv-07440 SSS(PDx)____. This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (03/21)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)