# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dragana Barone<br><br>PLAINTIFF(S)<br>v.<br><br>D. B.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:22-cv-07440-SSS-PDx<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☒ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document: PETITION for Appointment of Christopher T. Barone as Guardian ad Litem for D.B

Filed date: October 10, 2022   Document Number(s): 9

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Due to clerical error docket #9 was erroneously FILED with a Proposed Order attached.

CLERK, U.S. DISTRICT COURT

Date: October 18, 2022   By: R. Smith (213) 894 3535
                              Deputy Clerk

G-11 (03/21)         NOTICE OF CLERICAL ERROR