Christopher T. Barone
5523 Old Salt Ln.
Agoura Hills, CA 91301



FILED
CLERK, U.S. DISTRICT COURT

11/15/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____IV____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dragana Barone & D.B (Minor)
                                    PLAINTIFF(S),
v.

LOS ANGLES COUNTY SHERIFF'S DEPARTMENT, ALEX VILLINUEVA, DEPUTY DET. SCOTT W. SHEAN #517840 and DEPUTY DET. ROGER SCHALKZ #463456; GEICO INSURANCE COMPANY, MERCURY GENERAL CORP.; PETER BENAVIDES; PETER CHARLES. HERRERA, LISA ELLYN FRIEDMAN; AND DOES 1-10
                                    DEFENDANT(S).

CASE NUMBER

2:22-CV-07440-~~MWF~~-PDx   SSS

**PROOF OF SERVICE w/ USPS Tracking**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __LOS ANGELES__, State of California, and not a party to the above-entitled cause. On __NOV 14th, 2022__, 20__22__, I served a true copies of __Every Court Document__ including the complaint and standing order

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:(list names and addresses for person(s) served.  Attach additional pages if necessary.)
Place of Mailing: __Agoura Hills Post Office; Priorirty Mail__
Executed on __Nov. 15th, 2022__, 2022 in Agoura Hills, California.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Christopher T. Barone*

Christopher T. Barone

*Parties Served*

**USPS Priority Tracking No.:  9505 5156 3721 2318 6772 81**

 - LOS ANGLES COUNTY SHERIFF'S DEPARTMENT
 - ALEX VILLINUEVA
 -  GEICO INSURANCE COMPANY
 - MERCURY GENERAL CORP.

**PROOF OF SERVICE**