Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT

12/21/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____IV____ DEPUTY

DRAGANA BARONE AND D.B.
via guardian ad litem CHRISTOPHER T. BARONE

*Plaintiff(s)*

v.

LOS ANGLES COUNTY SHERIFF'S DEPARTMENT, ALEX VILLINUEVA, DEPUTY DET. SCOTT W. SHEAN #517840 and DEPUTY DET. ROGER SCHALKZ #463456; GEICO INSURANCE COMPANY, MERCURY GENERAL CORP.; PETER CHARLES HERRERA, LISA ELLYN FRIEDMAN; AND DOES 1-10

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:22-CV-07440-MWF-PDx
1. MOTOR VEHICLE
2. NEGLIGENCE PER SE
3. INTENTIONAL TORT
4. FILING FALSE CLAIM - § 3729
5. MUNICIPAL LIABILITY
   (Monell Liability) FOR FAILURE TO
   TRAIN AND DISCIPLINE
   DEPUTIES/OFFICERS
6. CONSPIRACY
   JURY TRIAL DEMANDED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter Charles Herrera
6835 VARIEL AVE APT 38
CANOGA PARK, CA 91303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher T. Barone *guardian ad litem*
for D.B.
5523 Old Salt Ln.
Agoura Hills, CA 91301
(818) 661-9721

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   OCT 12 2022

*Signature of Clerk or Deputy Clerk*

1260

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Christopher T. Barone CA<br><br>5523 Old Salt Ln.<br>Agoura Hills CA 91301<br>      TELEPHONE NO.: **8186619721**      FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* **thectb@yahoo.com**<br>      ATTORNEY FOR *(Name):* **Christopher T. Barone** | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: **255 East Temple Street Los Angeles, CA 90012-3332**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **Los Angeles 90012-3332**<br>BRANCH NAME: **Edward R. Roybal Federal Building and United States Courthouse** | |
| PLAINTIFF/PETITIONER: **Dragana Barone**<br>DEFENDANT/RESPONDENT: **Peter C. Herrera** | CASE NUMBER:<br>**2:22-cv-07440-SSS-PD** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
      **Peter C. Herrera**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*  (2) at *(time):*
   b. ✔ **by substituted service.** On *(date):* **12/12/2022**  at *(time):* **5:06pm**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ✔ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* **12/12/2022**  from *(city):* **Agoura Hills**  or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: **Dragana Barone** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **Peter C. Herrera** | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                  (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt*.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: **Christopher T. Barone**
   b. Address: **5523 Old Salt Ln. Agoura Hills, CA 91301**
   c. Telephone number: **818-661-9721**
   d. **The fee** for service was: $
   e. I am:
     (1) ☑ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner    ☐ employee    ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

**12/21/2022**

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *Christopher T. Barone* (SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2



# UNITED STATES POSTAL SERVICE.

AGOURA HILLS
5158 CLARETON DR
AGOURA HILLS, CA 91301-9998
(800)275-8777

12/12/2022      05:06 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® <br> Canoga Park, CA 91303 <br> Weight: 1 lb 15.20 oz <br> Expected Delivery Date <br>   Tue 12/13/2022 <br> Tracking #: <br>   9505 5156 3721 2346 6867 67 <br> Insurance <br>   Up to $100.00 included | 1 | | $9.55 <br><br><br><br><br><br><br> $0.00 |
| Total | | | $9.55 |

Grand Total:      $9.55

Credit Card Remit      $9.55
  Card Name: VISA
  Account #: XXXXXXXXXXXX0352
  Approval #: 94678D
  Transaction #: 132
  AID: A0000000031010     Contactless
  AL: VISA CREDIT

---

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

