UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

JS-6

| | |
|---|---|
| Case No. | 2:22-cv-07440-SSS-PDx |
| Date | November 7, 2023 |
| Title | *Dragana Barone, et al. v. Los Angeles County Sheriff's Department, et al.* |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 2, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), directing Plaintiff to respond in writing on or before August 23, 2023, why this action should not be dismissed with respect to each Defendant who has not been served for lack of prosecution. The OSC further provided that the OSC would be discharged if Plaintiff filed, before the deadline provided, a proof of service of the summons and complaint. [Dkt. 33]. On August 23, 2023, Plaintiff filed a Response to Order to Show Cause ("Response"). [Dkt. 34]. On September 11, 2023, the Court issued an Order addressing Plaintiff's Response, wherein the Court granted Plaintiff an extension of time to properly serve Defendants Geico Insurance Company and Lisa Ellyn Friedman. Plaintiff was directed to file proofs of service as to these two Defendants on or before October 13, 2023. Furthermore, pursuant to the Court's Order Defendants Los Angeles County Sheriff's Department; Sheriff Alex Villeneuva; Deputy Det. Roger Schalkz; Mercury General Corp.; Peter Benavides; and Peter Charles Herrera were dismissed without prejudice. [Dkt. 35].

As of today's date, Plaintiff has not filed the proofs of service as to Defendants Geico Insurance Company and Lisa Ellyn Friedman. In addition, the Court notes that Plaintiff never addressed Defendant Deputy Det. Scott W. Shean in her Response, nor filed a proof of service for this Defendant. In view of this,

and pursuant to the Court's August 2, 2023 OSC, the Court hereby **DISMISSES** Defendant Deputy Det. Scott W. Shean, **without prejudice.**  The Court further **DISMISSES** Defendants Geico Insurance Company and Lisa Ellyn Friedman, **without prejudice**, for Plaintiff's failure to prosecute.

Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES WITHOUT PREJUDICE** this case for lack of prosecution.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**